FILED
January 09, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHN SMYLIE, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL NO. SA-25-CV-1149-OLG |
| KAREN LEE *et al.*, | § | |
| Defendants. | § | |

## O R D E R

The Court has considered United States Magistrate Judge Richard B. Farrer's Report and Recommendation (the "Report") (Dkt. No. 7), filed on December 18, 2025, that Plaintiff John Smylie's Motion for Ex Parte Temporary Restraining Order and Order Authorizing Expedited Discovery (the "Motion") (Dkt. No. 5) be granted.

When no party objects to a magistrate judge's recommendation, the Court need not conduct a de novo review of the entire record. *See* U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendation to which objection is made."); FED. R. CIV. P. 72(b). Rather, the Court need only review the magistrate judge's recommendation to determine whether it is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court has reviewed the Report and is of the opinion that it is correct. Accordingly, the Report (Dkt. No. 7) is **ACCEPTED** and, for the reasons set forth therein, the Motion (Dkt. No. 5) is **GRANTED**.

**IT IS THEREFORE ORDERED** Defendants and their agents, servants, employees, attorneys, partners, successors, assigns, and all other persons or entities through which they act or who act in active concert or participation with any of them, who receive actual notice of this Order

by personal service or otherwise, whether acting directly or through any trust, corporation, subsidiary, division or other device, are hereby **RESTRAINED** from withdrawing, transferring, or encumbering any assets currently held by, for, or on behalf of the persons controlling the accounts associated with the following addresses:

| Blockchain Address | Destination Exchange |
|---|---|
| 0x16076e44ba20c667a59e044ac0501e87059baf28 | OKX |
| 0xfaa2b0384e4c9ea037109316a1dfa08831345cbb | OKX |
| 0x92AE28AF01804Dc7ee1806311DC143618eBf899B | OKX |

This Order will expire **fourteen days** from its entry unless it is extended for good cause shown. No bond shall be required to be posted by Plaintiff

   **IT IS FURTHER ORDERED** that Plaintiff is authorized to issue third-party subpoenas to Alphabet, Inc., Meta Platforms, Inc., WhatsApp LLC, Gname Pte. Ltd., Cloudflare, Inc., Aux Cayes Fintech Co. Ltd., and any other third party likely to have information about Defendants or their accounts. All subpoenaed parties shall produce the materials sought in the subpoena to Plaintiff's counsel within **seven days** of their receipt of Plaintiff's subpoena and this Order.

   **IT IS SO ORDERED.**
   **SIGNED** this ___9___ day of January, 2026, at _12_:_06_ p.m.

ORLANDO L. GARCIA
United States District Judge