**FILED**

January 23, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____
NM

DEPUTY

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JOHN SMYLIE,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL NO. SA-25-CV-1149-OLG** |
| | § | |
| **KAREN LEE *et al.*,** | § | |
| | § | |
| **Defendants.** | § | |

**O R D E R**

Pending before the Court is Plaintiff John Smylie's Motion for Extension of Temporary Restraining Order (Dkt. No. 9). After careful consideration, the Court finds good cause to extend the temporary restraining order ("TRO") freezing several blockchain addresses holding assets allegedly stolen from Plaintiff. This extension is necessary for Plaintiff to complete expedited discovery and serve interested parties with notice of his forthcoming motion for preliminary injunction.

**IT IS THEREFORE ORDERED** that the Motion (Dkt. No. 9) is **GRANTED**.

**IT IS FURTHER ORDERED** that the TRO is **EXTENDED**. It shall expire 14 days after the entry of this Order.

**IT IS SO ORDERED**.

**SIGNED** on January 23, 2026, at 1:28 p.m.

_____
ORLANDO L. GARCIA
United States District Judge