IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHN SMYLIE,<br><br>　　　　*Plaintiff,*<br><br>vs.<br><br>KAREN LEE, E-MARKET PRO, A GENERAL PARTNERSHIP; AND JOHN DOES 1-20,<br><br>　　　　*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 5:25-CV-01149-OLG-RBF |

**ORDER SETTING HEARING**

Before the Court is Plaintiff John Smylie's Motion for Preliminary Injunction, *see* Dkt. No. 11, and Motion for Hearing, *see* Dkt. No. 12. This case was referred by the District Judge for disposition of all nondispositive pretrial matters, pursuant to Rule CV-72 and Appendix C to the Local Rules for the United States District Court for the Western District of Texas. *See* Dkt. No. 6. Authority to enter this Order stems from 28 U.S.C. § 636(b)(1)(A).

**IT IS ORDERED** that the Motion for Hearing, Dkt. No. 12, is **GRANTED**.

**IT IS FURTHER ORDERED** that the Motion for Preliminary Injunction, Dkt. No. 11, is set for hearing on **February 5, 2026** at **11:00 AM**. All parties are required to appear by Zoom for the hearing. The information to join the hearing is as follows:

**Join ZoomGov Meeting:** https://txwd-uscourts.zoomgov.com/j/1600078256

**Meeting ID:** 160 007 8256

The parties must check in, no later than 5 minutes before the start of the hearing, with the Courtroom Deputy.

2

Plaintiffs shall notify Defendants of the hearing setting in the same way Defendants were served or otherwise notified of the Motion.

**IT IS SO ORDERED.**

**SIGNED** this 4th day of February, 2026.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE